**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

G.R.J.,                                             :
                                                    :
       Petitioner,                               :
                                                    :
v.                                                  :    Case No. 4:26-cv-920-CDL-ALS
                                                    :
Warden, STEWART DETENTION               :
CENTER, *et al.*,                                   :
                                                    :
       Respondents.                              :
_____

**ORDER**

On June 8, 2026, the Court received Petitioner's counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 9th day of June, 2026.

                                    s/ **ALFREDA L. SHEPPARD**
                                    UNITED STATES MAGISTRATE JUDGE